## Langley *v*. Andrews.

APPEAL from Tallapoosa Circuit Court.
Tried before the Hon. N. D. DENSON.

JAMES W. STROTHER, for appellant.

E. M. OLIVER, for appellee.

This was an action of assumpsit brought by the appellee, J. E. Andrews, against the appellant, W. T. Langley. There were verdict and judgment for the plaintiff. From this judgment the defendant appeals, and assigns as error the several rulings of the trial court to which exceptions were reserved.

The judgment is affirmed.

Opinion by SHARPE, J.